AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

CHRISTOPHER A. JONES,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER: **3:04-cv-524-ECR-RAM**

E. K. McDANIEL, et al.

      Defendants.

__X__   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

1.   The First Amended Petition for Writ of Habeas Corpus (## 22, 26) is **GRANTED** with respect to the convictions involving the letter to the Nevada State Bank, and **DENIED** with respect to the convictions related to the deliberately mis-addressed letter containing threats to prison staff.

2.   Respondents are **ORDERED** to either reinstate Petitioner's statutory good time with respect to the convictions involving the letter to the Nevada State Bank, or hold a new hearing within 60 days from the date of entry of this order.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and hereby is entered in favor of Petitioner, in accordance with Order (#54) filed and entered on May 8, 2008.

Date:   May 9, 2008              **LANCE S. WILSON,  CLERK**

                                          By:    /s/ Katie Ogden,
                                                  Deputy Clerk